1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11 | KRISTYNA SOUNDERS,                    ) Case No.: 1:18-cv-1027-DAD- JLT
                                           )
12 |            Plaintiff,                 ) ORDER DIRECTING THE CLERK OF COURT
                                           ) TO CLOSE THIS ACTION IN LIGHT OF THE
13 |     v.                                ) NOTICE OF VOLUNTARY DISMISSAL
                                           )
14 | CLEARONE ADVANTAGE, LLC,              ) (Doc. 4)
                                           )
15 |            Defendant.                 )
                                           )
16 |_____)

17        On August 3, 2018, Plaintiff Kristyna Sounders filed a notice of voluntary dismissal, dismissing

18   the action without prejudice. (Doc. 4) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may

19   dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party

20   serves either an answer or a motion for summary judgment." Because the defendant had not appeared in

21   this action or filed an answer, the action was automatically terminated. *Id.*

22        Accordingly, the Court **ORDERS**: the Clerk of Court is **DIRECTED** to close this action in

23   light of the notice of voluntary dismissal.

24

25   IT IS SO ORDERED.

26        Dated:   **August 6, 2018**                    **/s/ Jennifer L. Thurston**
27                                                 UNITED STATES MAGISTRATE JUDGE

28

                                                    1